HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
HOWARD KIM & ASSOCIATES
400 N. Stephanie St, Suite 160
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Defendant. | Case No. 2:15-cv-00583-RCJ-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO RESPOND TO COMPLAINT** |

SFR Investments Pool 1, LLC ("SFR") and Nationstar Mortgage, LLC ("Nationstar"), by and through their respective counsel, hereby agree and stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

IT IS HEREBY AGREED AND STIPULATED that the deadline for SFR to file its response to the complaint is extended to May 27, 2015. SFR requested the additional time to review and analyze the allegations and claims in the complaint and determine how best to respond to the allegations related to federal insurance and Nationstar's quiet title claim. Plaintiff is agreeable to extending the additional time.

| Dated this 22nd day of April, 2015. | Dated this 22nd day of April, 2015. |
|---|---|
| **AKERMAN LLP** | **HOWARD KIM & ASSOCIATES** |
| /s/Steven G. Shevorski_____<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 008276<br>Steven G. Shevorski, Esq.<br>Nevada Bar No. 008256<br>1160 Town Center Drive, #330<br>Las Vegas, Nevada  89144<br>Phone:   (702)  634-5000<br>Fax:       (702)  380-8572<br>*Attorneys for Nationstar Mortgage, LLC* | */s/ Jacqueline A. Gilbert_____*<br>HOWARD C. KIM, ESQ.<br>NEVADA BAR NO. 10386<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>Diana S. Cline, ESQ.<br>Nevada Bar No. 10580<br>1055 Whitney Ranch Drive, Suite 110<br>Henderson, Nevada 89014<br>Phone: (702) 485-3300<br>Fax:     (702) 485-3301<br>*Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

DATED this 30th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -