UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a Limited Liability Company,<br><br>        Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company,<br><br>        Defendants. | Case No.:   2:15-CV-00583-RCJ-PAL<br><br>**ORDER SETTING HEARING** |
| SFR INVESTMENTS POOL 1, LC, a Nevada limited liability company,<br><br>        Counter-Claimant,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,<br><br>        Counter-Defendant. | |

**ORDER IN CHAMBERS**

    Presently before the Court, is SFR Investments Pool 1, LLC's Motion for Summary Judgment (ECF #22) and Nationstar Mortgage, LLC's Motion for Summary Judgment (ECF #23).  Accordingly,

    IT IS HEREBY ORDERED that ORAL ARGUMENT  is set for 10:00 A.M.  Friday, April 15, 2016, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

    IT IS SO ORDERED this 3rd day of February, 2016.

_____
ROBERT C. JONES
District Judge