ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a Limited Liability Company, | Case No.: 2:15-cv-00583-RCJ-PAL |
| Plaintiff, | **JOINT PRETRIAL ORDER** |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, a Limited Liability Company, | |
| Defendant. | |
| SFR INVESTMENTS POOL 1, LLC, a Limited Liability Company, | |
| Counterclaimant, | |
| v. | |
| NATIONSTAR MORTGAGE, LLC, a Limited Liability Company, | |
| Counter-Defendant. | |

Following pretrial proceedings in this case,

IT IS ORDERED:

{38617109;1}                           1

**I.**

**Nature of the action:**

This is a quiet title matter. Plaintiff, Nationstar Mortgage, LLC (**Nationstar**), seeks a declaration that Defendant, SFR Investments Pool 1, LLC (**SFR**), bought real property located at 820 Peachy Canyon Circle, #104, Las Vegas, NV 89144 (**the Property**) at a homeowners association foreclosure sale subject to Nationstar's first priority deed of trust.

In contrast, SFR, through its counter-claims, seeks a declaration that the NRS 116 sale in this case extinguished the first deed of trust recorded against the Property and that title in the name of SFR should be quieted.

**II.**

**Statement of jurisdiction:**

**Nationstar's contention:**

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332. The diversity of citizenship requirement is met. Nationstar is a Delaware limited liability company. Nationstar's members are Nationstar Sub1, LLC and Nationstar Sub2, LLC. Nationstar Sub1, LLC and Nationstar Sub2, LLC are both wholly-owned subsidiaries of Nationstar Mortgage Holdings, Inc. Nationstar Mortgage Holdings, Inc. is a Delaware corporation, with a principal place of business in Texas. Accordingly, Nationstar is a citizen of Delaware and Texas for purposes of diversity jurisdiction. *See* 28 U.S.C. § 1332; *Johnson v. Columbia Props. Anchorage LP*, 437 F.3d 894, 899 (9th Cir. 2006) (a limited liability company "is a citizen of every state of which its owners/members are citizens"). SFR is a Nevada limited liability company. No member of SFR is citizen of Texas or Delaware. The amount in controversy requirement is also met. Upon information and belief, SFR asserts that it owns the property free and clear of Nationstar's senior deed of trust, which has an original unpaid balance of $210,123.

**SFR's contention:**

SFR believes subject matter jurisdiction pursuant to 28 U.S.C. §1332 may not exist. Specifically, SFR is wholly owned by SFR Investments, LLC. SFR Investments, LLC is wholly owned by SFR Funding, LLC. SFR Funding, LLC is a Delaware LLC. SFR Funding, LLC is wholly

owned by Xiemen Limited Partnership, a Canadian partnership. The partners comprising Xiemen Limited Partnership are Xiemen Investments, Ltd. and John Gibson. Xiemen Investments, Ltd. is a Canadian corporation and John Gibson is a citizen of South Africa. Given this, and in light of *Johnson v. Columbia Props. Anchorage LP*, 437 F.3d 894, 899 (9th Cir. 2006), it would appear that SFR is citizen of Nevada, Delaware, Canada, and South Africa.

## III.

**The following facts are admitted by the parties and require no proof:**

1. Nevada adopted Uniform Common Interest Ownership Act as NRS 116, including NRS 116.3116(2), in 1991.

2. John Ring (**Ring**) purchased the property located at 820 Peachy Canyon Circle, #104, Las Vegas, NV 89144 (**the Property**) in 2009.

3. Ring financed his purchase with a home loan with a principal balance of $210,123, which was secured by a deed of trust recorded on July 20, 2009.

4. The Property is located within Dakota Condominiums HOA (**HOA**).

5. Nevada Association Services, Inc. (**NAS**) recorded a notice of delinquent assessment lien on March 8, 2010.

6. NAS released this lien in May 2010.

7. NAS then recorded a notice of delinquent assessment lien on August 16, 2010.

8. NAS then recorded a notice of default and election to sell on October 5, 2010.

9. NAS then recorded a notice of foreclosure sale on March 7, 2011.

10. NAS then recorded a second notice of foreclosure sale on July 12, 2012.

11. The Association foreclosure sale took place on August 10, 2012.

12. The highest bid was $9,200.00.

13. SFR was the successful highest bidder at the August 10, 2012 foreclosure sale.

14. The Foreclosure Deed was recorded on September 7, 2012.

**IV.**

**The following facts, though not admitted, will not be contested as trial by evidence to the contrary:**

1. None.

**V.**

**The following are the issues of fact to be tried and determined at trial. (Each issue of fact must be stated separately and in specific terms.)**

1. Whether the CC&Rs were recorded prior to the deed of trust.
2. Whether the foreclosure sale price was grossly inadequate.
3. Whether the foreclosure sale was commercially reasonable.
4. Whether there was constitutionally sufficient notice of the foreclosure sale.
5. Whether the deed of trust was FHA-insured at the time of the foreclosure sale.

**VI.**

**The following are the issues of law to be tried and determined at trial. (Each issue of law must be stated separately and in specific terms.)**

**Nationstar's statement of the issues:**

1. Whether the HOA foreclosure sale should be set aside as commercially unreasonable.
2. Whether the HOA foreclosure sale should be set aside under the court's equitable powers.
3. Whether the HOA foreclosure sale of the FHA-insured deed of trust violates the Supremacy Clause of the United States Constitution.
4. Whether the provided notices satisfy the Due Process Clause of the Fifth Amendment.
5. Whether the HOA sale should be set aside due to procedural or substantive irregularities in the sale.
6. Whether the HOA sale was properly conducted pursuant to NRS Chapter 116.

**SFR's statement of the issues:**

1. Whether the Association foreclosure sale vested title in SFR without equity or right of redemption?

2. Whether the method, manner, time, place and terms of the sale were commercially unreasonable under *Levers v. Rio King Land & Inv. Co.*, 560 P.2d 917 (Nev. 1977).

3. Whether the notices satisfied the Due Process Clause of the Fifth Amendment.

4. Whether Nationstar has standing to raise any claims, including, any claims under the Supremacy Clause.

**VII.**

(a) The following exhibits are stipulated into evidence in this case and may be so marked by the Clerk:

| *Tab* | *Bates Number* | *Document Disclosed by:* | *Title of Document* | *Objection* |
|---|---|---|---|---|
| 1. | NSM000001 | **Nationstar Mortgage** | Grant, Bargain, Sale Deed for APN: 138-30-317-010 | |
| 2. | NSM000002 | **Nationstar Mortgage** | State of Nevada Declaration of Value APN: 138-30-317-016 | |
| 3. | NSM000003-NSM000004 | **Nationstar Mortgage** | Quitclaim Deed | |
| 4. | NSM000005 | **Nationstar Mortgage** | State of Nevada Declaration of Value APN: 138-30-317-016 | |
| 5. | NSM000006-NSM000007 | **Nationstar Mortgage** | Grant, Bargain, Sale Deed for APN: 138-30-317-010 | |
| 6. | NSM000008-NSM000020 | **Nationstar Mortgage** | Deed of Trust for APN: 138-30-317-010 | |
| 7. | NSM000022-NSM000023 | **Nationstar Mortgage** | Condominium Rider | |
| 8. | NSM000024-NSM000025 | **Nationstar Mortgage** | Substitution of Trustee and Deed of Reconveyance for #138-30-317-010 | |
| 9. | NSM000026-NSM000038 | **Nationstar Mortgage** | Deed of Trust for APN: 138-30-317-010 | |
| 10. | NSM000039-NSM000041 | **Nationstar Mortgage** | Request for Notice | |
| 11. | NSM000042-NSM000043 | **Nationstar Mortgage** | Substitution of Trustee and Deed of Reconveyance | |
| 12. | NSM000044-NSM000054 | **Nationstar Mortgage** | Deed of Trust for APN: 138-30-317-010 | |
| 13. | NSM000055-NSM000057 | **Nationstar Mortgage** | Request for Notice | |
| 14. | NSM000058-NSM000059 | **Nationstar Mortgage** | Substitution of Trustee and Deed of Reconveyance for APN: 138-30-317-010 | |
| | NSM000060- | **Nationstar** | Deed of Trust for APN: 138-30-317-010 | |

| # | Bates | Party | Description |
|---|---|---|---|
| 15. | NSM000069 | **Mortgage** | |
| 16. | NSM000070-NSM000072 | **Nationstar Mortgage** | Request for Notice for APN: 138-30-317-010 |
| 17. | NSM000073 | **Nationstar Mortgage** | Release of Lien Created by Final Assessment Roll |
| 18. | NSM000074-NSM000075 | **Nationstar Mortgage** | Grant, Bargain, Sale Deed |
| 19. | NSM000076 | **Nationstar Mortgage** | State of Nevada Declaration of Value for APN: 138-30-317-010 |
| 20. | NSM000077-NSM000078 | **Nationstar Mortgage** | Quitclaim Deed for APN: 138-30-317-010 |
| 21. | NSM000079 | **Nationstar Mortgage** | State of Nevada Declaration of Value for APN: 138-30-317-010 |
| 22. | NSM000080-NSM000089 | **Nationstar Mortgage** | Deed of Trust for APN: 138-30-317-010 |
| 23. | NSM000090-NSM000091 | **Nationstar Mortgage** | Condominium Rider |
| 24. | NSM000092-NSM000095 | **Nationstar Mortgage** | Substitution of Trustee and Deed of Reconveyance for APN: 138-30-317-010 |
| 25. | NSM000096 | **Nationstar Mortgage** | Notice of Delinquent Assessment Lien for APN: 138-30-317-010 |
| 26. | NSM000097 | **Nationstar Mortgage** | Release of Notice of Delinquent Assessment Lien for APN: 138-30-317-010 |
| 27. | NSM000098 | **Nationstar Mortgage** | Notice of Delinquent Assessment Lien for APN: 138-30-317-010 |
| 28. | NSM000099-NSM000100 | **Nationstar Mortgage** | Notice of Default and Election to Sell Under Homeowners Association Lien for APN: 138-30-317-010 |
| 29. | NSM000101-NSM000102 | **Nationstar Mortgage** | Notice of Delinquent Assessment Lien for APN: 138-30-317-010 |
| 30. | NSM000103-NSM000106 | **Nationstar Mortgage** | Notice of Foreclosure Sale for APN: 138-30-317-010 |
| 31. | NSM000107-NSM000108 | **Nationstar Mortgage** | Foreclosure Deed for APN: 138-30-317-010 |
| 32. | NSM000109 | **Nationstar Mortgage** | State of Nevada Declaration of Value for APN: 138-30-317-010 |
| 33. | NSM000110- | **Nationstar Mortgage** | Notice of Lien for APN: 138-30-317-010 |
| 34. | NSM000111-NSM000112 | **Nationstar Mortgage** | Corporate Assignment of Deed of Trust for APN: 138-30-317-010 |
| 35. | NSM000113-NSM000114 | **Nationstar Mortgage** | Substitution of Trustee for APN: 138-30-317-010 |
| 36. | NSM000115-NSM000117 | **Nationstar Mortgage** | Notice of Default and Election to Sell Under Deed of Trust for APN: 138-30-317-010 |
| 37. | NSM000118-NSM000121 | **Nationstar Mortgage** | Affidavit of Authority to Exercise the Power of Sale for APN: 138-30-317-010 |
| 38. | NSM000122 | **Nationstar Mortgage** | Certificate: State of Nevada Foreclosure Mediation Program for APN: 138-30-317-010 |
| | NSM000123- | **Nationstar** | Notice of Trustee's Sale |

{38617109;1}                                    6

| # | Bates | Source | Description |
|---|---|---|---|
| 39. | NSM000125 | **Mortgage** | |
| 40. | NSM000126-NSM000128 | **Nationstar Mortgage** | Notice of Lis Pendens for APN: 138-30-317-010 |
| 41. | BLANK | | |
| 42. | NSM000132 | **Nationstar Mortgage** | Affidavit of Custodian of Records for Nevada Association Services, Inc. |
| 43. | NSM000133-NSM000134 | **Nationstar Mortgage** | Consent and Authorization |
| 44. | NSM000135 | **Nationstar Mortgage** | Clark County Real Property Report |
| 45. | NSM000136-NSM000139 | **Nationstar Mortgage** | Agreement and Authorization to Commence Non-Judicial Foreclosure Proceedings<br>Declaration of Default & Demand for Sale |
| 46. | NSM000140 | **Nationstar Mortgage** | Letter from NAS dated July 30, 2010 |
| 47. | NSM000141 | **Nationstar Mortgage** | List of Home owner's for 820 Peachy Canyon Circle #104, Las Vegas, NV 89144 |
| 48. | NSM000142 | **Nationstar Mortgage** | Transaction Report 8.2.2010 |
| 49. | NSM000143-NSM000146 | **Nationstar Mortgage** | Demand Letter and Assessment Totals |
| 50. | NSM000147-NSM000149 | **Nationstar Mortgage** | Notice of Delinquent Assessment Lien |
| 51. | NSM000150-NSM000152 | **Nationstar Mortgage** | Certified Mail Receipt of Notice of Lien |
| 52. | NSM000153-NSM000157 | **Nationstar Mortgage** | Letter from NAS dated September 21, 2010<br>Notice of Delinquent Assessment Lien |
| 53. | NSM000158-NSM000173 | **Nationstar Mortgage** | Notice(s) of Default and Election to Sell Under Homeowner's Association Lien |
| 54. | NSM000174-NSM000186 | **Nationstar Mortgage** | Trustee Sale Guarantee |
| 55. | NSM000187-NSM000194 | **Nationstar Mortgage** | Miles, Bauer Bergstrom & Winters, LLP letter dated November 8, 2010 and<br>Foreclosure Totals |
| 56. | NSM000195-NSM000197 | **Nationstar Mortgage** | Correspondence from NAS dated November 23, 2010 and assessment totals |
| 57. | NSM000198-NSM000198 | **Nationstar Mortgage** | Correspondence from NAS dated January 17, 2011 |
| 57. | NSM000199-NSM000201 | **Nationstar Mortgage** | Authorization to Publish Non-Judicial Foreclosure Sale and Foreclosure Totals |
| 58. | NSM000202 | **Nationstar Mortgage** | Endorsement |
| 59. | NSM000203-NSM000206 | **Nationstar Mortgage** | Notice of Delinquent Assessment Lien |
| 60. | NSM000207-NSM000211 | **Nationstar Mortgage** | Trustee's Instruction Memo |
| 61. | NSM000212-NSM000219 | **Nationstar Mortgage** | Notice of Foreclosure Sale and Certified Mail Receipts |

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{38617109;1}

| | | | | |
|---|---|---|---|---|
| 62. | NSM000220 | **Nationstar Mortgage** | Invoice from NAS dated 3.11.2011 | |
| 63. | NSM000221-NSM000228 | **Nationstar Mortgage** | Notice of Foreclosure Sale | |
| 64. | NSM000229-NSM000230 | **Nationstar Mortgage** | Certificate of Postponement | |
| 65. | NSM000231-NSM000234 | **Nationstar Mortgage** | Correspondence from NAS | |
| 66. | NSM000235 | **Nationstar Mortgage** | Authorization to Publish Non-Judicial Foreclosure Sale | |
| 67. | NSM000236 | **Nationstar Mortgage** | Endorsement | |
| 68. | NSM000237-NSM000247 | **Nationstar Mortgage** | Notice of Foreclosure Sale and Restrictive Coveneant | |
| 69. | NSM000248-NSM000252 | **Nationstar Mortgage** | Trustee's Instruction Memo and Delinquency Totals | |
| 70. | NSM000253-NSM000263 | **Nationstar Mortgage** | Notice of Foreclosure Sale | |
| 71. | NSM000264-NSM000267 | **Nationstar Mortgage** | Affidavit(s) of Publication; Posting Notice of Trustee Sale and Service | |
| 72. | NSM000268 | **Nationstar Mortgage** | Letter from ICM dated August 3, 2012 | |
| 73. | NSM000269 | **Nationstar Mortgage** | Endorsement | |
| 74. | NSM000270-NSM000279 | **Nationstar Mortgage** | Notice of Foreclosure Sale | |
| 75. | NSM000280-NSM000281 | **Nationstar Mortgage** | Receipt of Funds and Instructions and Copy of Cashier's Check #0194700781 dated August 10, 2012 | |
| 76. | NSM000282 | **Nationstar Mortgage** | Certificate of Sale | |
| 77. | NSM000283-NSM000285 | **Nationstar Mortgage** | Foreclosure Deed | |
| 78. | NSM000286- | **Nationstar Mortgage** | NAS Phone notes | |
| 79. | NSM000287-NSM000288 | **Nationstar Mortgage** | NAS Memorandum dated 8.15.2012 | |
| 80. | NSM000289-NSM000299 | **Nationstar Mortgage** | Letter(s) from NAS dated August 15, 2012 and copies of check(s) dated 8.16.2012 | |
| 81. | NSM000300- | **Nationstar Mortgage** | NAS Disbursement Requisition dated 10.29.2012 | |

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{38617109;1}

8

| | | | | |
|---|---|---|---|---|
| 82. | NSM000301-NSM000302 | **Nationstar Mortgage** | Letter from NAS dated 10.29.2012 and copies of cashier's check #258094 | |
| 83. | NSM000303-NSM000306 | **Nationstar Mortgage** | List of Homeowner's from NAS 8.15.2012 | |
| 84. | SFR46-SFR48 | *SFR Investments* | Notice of Lis Pendens | |
| 85. | SFR52-SFR59 | *SFR Investments* | U.S. Department of Housing and Urban Development letter dated May 31, 2013 | |
| 86. | Discovery | | Nationstar Mortgage, LLC's Responses to SFR Investments Pool 1, LLC's Requests for Admissions | |

(b) As to the following additional exhibits it is believed that the parties have reached the stipulations stated:

Not applicable

(c) As to the following exhibits, the party against whom the same will be offered objects to their admission upon the grounds stated:

**Offered by Nationstar with SFR's objections:**

| *Tab* | *Bates Number* | *Document Disclosed by:* | *Title of Document* | *Objection* |
|---|---|---|---|---|
| | NSM000129-NSM000131 | **Nationstar Mortgage** | Miles, Bauer, Bergstrom & Winters, LLP letter dated December 16, 2010 and copy of check dated December 15, 2010 | Relevance; hearsay; lacks authentication; best evidence rule; lacks foundation |
| | DUGAN000001-DUGAN000024 | **Nationstar Mortgage** | Short Form Summary Appraisal Report with Appraiser Certificate, Resume, CV, Prior Testimony, and Fee Schedule | Hearsay |
| | DUGAN000025-DUGAN000053 | **Nationstar Mortgage** | Supplemental Expert Report | Hearsay |
| | Deposition Transcript | **Nationstar Mortgage** | Transcript of the Deposition taken of Robert Diamond (SFR employee/agent) in the Eighth Judicial District Court, State of Nevada, Case No. A-12-673671-C on May 25, 2016 | Not disclosed during the course of discovery |

**Offered by SFR with Nationstar's objections:**

| *Tab* | *Bates Number* | *Document Disclosed by:* | *Title of Document* | *Objection* |
|---|---|---|---|---|
| | Deposition Transcript | *SFR Investments* | Transcript of the Deposition taken of R. Scott Dugan in the Eighth Judicial District | Hearsay; relevance |

| | | | | |
|---|---|---|---|---|
| | | | Court, State of Nevada, Case No. A-14-698102-C on July 2, 2015 | |
| Deposition Transcript | | *SFR Investments* | Transcript of the Deposition taken of R. Scott Dugan in the Eighth Judicial District Court, State of Nevada, Case No. A-14-698511-C on June 1, 2015 | Hearsay; relevance |
| Deposition Transcript | | *SFR Investments* | Transcript of the Deposition taken of R. Scott Dugan in the Eighth Judicial District Court, State of Nevada, Case No. A-14-694435-C on June 1, 2015 | Hearsay; relevance |
| Deposition Transcript | | *SFR Investments* | Transcript of the Deposition taken of R. Scott Dugan in the Eighth Judicial District Court, State of Nevada, Case No. A-14-698568-C on June 16, 2015 | Hearsay; relevance |
| Discovery | | | SFR Investments Pool 1, LLC's Requests for Production of Documents to Nationstar Mortgage, LLC | Hearsay; relevance |
| Discovery | | | SFR Investments Pool 1, LLC's Interrogatories to Nationstar Mortgage, LLC | Hearsay; relevance |

## VIII.

**Electronic evidence:**

The parties have no intention to present electronic evidence for purposes of jury deliberation.

## IX.

**Depositions:**

(1) Nationstar will offer the following depositions:

a.      None.

(2) SFR will offer the following depositions:

a.      30(b)(6) Witness for Nationstar Mortgage, taken November 24, 2015: 3:11-21; 7:18-25; 8:7-16; 10:18-25; 11:1; 12:9-15; 13:8-17; 14:13-25; 15:1-18; 18:3-19; 24:13-15; 25:6-14; 26:3-6; 35:18-25; 36:1, 8-14, 24-25; 37:1-13, 19-23; 40:17-25; 41:1,7-10; 44:15-25; 47:11-22.

Objections to Depositions:

(1) Nationstar objects to SFR's deposition designations as follows:

Nationstar anticipates calling its Rule 30(b)(6) witness at trial, rendering SFR's designations superfluous.  In addition, Nationstar objects to the following designation: 47:11-22 (objections noted in the transcript).

{38617109;1}                                                                10

**X.**

**Witnesses:**

(a)   State the names and addresses of Nationstar's witnesses:

1.   Corporate Representative and/or Employees for Bank of America, N.A.
c/o Ariel Stern, Esq.
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000

2.   Corporate Representative and/or Employees for Nevada Association Services, Inc.
c/o David Stone
6224 W. Desert Inn Road
Las Vegas, Nevada 89146

3.   Corporate Representative and/or Employees for Dakota Condominiums Association
c/o Ideal Community Management, Inc.
6767 W. Tropicana Ave, Suite 200
Las Vegas, Nevada 89103

4.   Corporate Representative and/or Employees for SFR Investments Pool 1, LLC
c/o Diana Cline, Esq.
Howard Kim & Associates
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014

5.   Corporate Representative and/or Employees for Miles, Bauer, Bergstrom & Winters, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052

6.   Rock Jung, Esq.
7785 W Sahara Ave, Suite 200
Las Vegas, NV 89117

7.   Corporate Representative and/or Employees for Nationstar Mortgage, LLC
c/o Ariel Stern, Esq.
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

8.   Accurity Qualified Analytics
2470 Gray Falls Drive, Suite 190
Houston, TX 77077-6598
By: R. Scott Dugan
R. Scott Dugan Appraisal Company, Inc.
8930 West Tropicana Avenue, Suite 1
Las Vegas, NV 89147

{38617109;1}                              11

9. Robert Diamond[1]
3075 Paseo Mountain Avenue
Henderson, Nevada 89052

10. Christopher Yergensen, Esq. from Nevada Association Services, Inc.
6224 W. Desert Inn Road, Suite A
Las Vegas, NV 89146

11. David Stone from Nevada Association Services, Inc.
6224 W. Desert Inn Road, Suite A
Las Vegas, NV 89146

(b) State the names and addresses of SFR's witnesses:

1. 30(b)(6) Witness for SFR Investments Pool, 1, LLC
c/o Diana S. Cline, Esq.
Howard Kim & Associates
1055 Whitney Ranch Dr., Suite 110
Henderson, Nevada 89014

2. 30(b)(6) Witness for Dakota Condominiums Association
c/o Ideal Community Management, Inc.
6767 W. Tropicana Ave, Suite 200
Las Vegas, Nevada 89103

3. 30(b)(6) Witness for Nevada Association Services, Inc.
c/o David Stone
6224 W. Desert Inn Rd.
Las Vegas, Nevada 89146

4. Michael L. Brunson, MNAA
Brunson Jiu, LLC
10161 Park Run Drive, #150
Las Vegas, NV 89145

## XI.

**Motions in Limine:**

To date, neither party has filed any motions in limine.

## XII.

**Trial Dates:**

The attorneys or parties have met and jointly offer these trial dates: October 10–14; October 24–28 and November 14–18.

---

[1] SFR objects to this witness as this witness was never disclosed by Nationstar during the course of discovery.

{38617109;1}                                 12

## XIII.

**Trial Length:**

It is estimated that the trial will take a total of 4-5 days.

APPROVED TO AS TO FORM AND CONTENT:

| | |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN, LLP** |
| /s/ *Karen L. Hanks* | /s/ *William S. Habdas* |
| Karen L. Hanks, Esq. | Ariel E. Stern, Esq. |
| Nevada Bar No. 9578 | Nevada Bar No. 8276 |
| 7625 Dean Martin Drive, Suite 110 | William S. Habdas, Esq. |
| Las Vegas, Nevada  89139 | Nevada Bar No. 13138 |
| | Town Center Drive, Suite 330 |
| | Las Vegas, Nevada  89144 |
| *Attorneys for SFR Investments Pool 1, LLC* | *Attorneys for Nationstar Mortgage LLC* |

## XIV.

**Action By the Court:**

This case is set for court/jury trial on the fixed/stacked calendar on _____.

Calendar call will be held on _____.

This pretrial order has been approved by the parties to this action as evidenced by their signatures or the signatures of their attorneys hereon, and the order is hereby entered and will govern the trial of this case. This order may not be amended except by court order and based upon the parties' agreement or to prevent manifest injustice.

DATED: _____.

_____
UNITED STATES DISTRICT JUDGE