UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:15-cv-00583-RCJ-PAL |
| Plaintiff, | ORDER |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendants. | |

Due to the scheduling needs of the court,

**IT IS ORDERED** that the Settlement Conference, currently scheduled for January 11, 2017, at 9:30 a.m. before the undersigned, is **ADVANCED** as to **time and judge only**, to **9:00 a.m. before <u>The Honorable George W. Foley</u>, Room 3099**.

Confidential settlement statements are due to Judge Foley's Chambers, Room 3099, **no later than 4:00 p.m., January 4, 2017.**

All other instructions within the original Order Scheduling Settlement Conference (ECF No. 37) shall remain in effect.

DATED this 10th day of November, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1