ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       rex.garner@akerman.com

*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:15-cv-00583-RCJ-PAL<br><br><br>**(PROPOSED) FINAL JUDGMENT** |
| and related counterclaims | |

Pursuant to its August 16, 2017 order granting Nationstar Mortgage LLC's motion to reconsider the court's order denying Nationstar's motion for summary judgment on its and SFR's quiet title claims, (ECF No. 53), the Court enters judgment as follows:

1. This case concerns property located at 820 Peachy Canyon Circle, #104, Las Vegas, Nevada 89144 and more particularly described as:

APN: 138-30-317-010

...

...

...

Parcel One:

Unit One Hundred Four (104) in Building Two (2) of South Half of Parcel H – Village 3, as shown by map thereof on file in Book 78 of Plats, Page 57 in the Office of the County Recorder of Clark County, Nevada as established in the Covenants, Conditions, and Restrictions and Reservations of Easements recorded September 29, 1997 as Instrument/File No. 02018 in Book 970929 Official Records and Amendments thereto, hereinafter referred to as "The Declaration"

Parcel Two:

One "Allocated Interest" as set forth in Section 1.2 of "The Declaration

2. John Ring executed a deed of trust dated July 14, 2009 to secure a $210,123.00 note. The deed of trust is recorded with the Clark County Recorder as document 20090720-0000367 (**deed of trust**). Nationstar Mortgage, LLC is the assignee and beneficiary of the deed of trust.

3. Dakota Condominium Homeowners Association recorded a notice of lien against the property on August 16, 2010. Dakota foreclosed its lien on August 10, 2012, and SFR Investments Pool 1, LLC purchased the property at the sale. The foreclosure deed is recorded with the Clark County Recorder as document 201209070001195.

4. The Court finds Dakota's foreclosure sale did not extinguish the deed of trust, and that the title SFR acquired to the property at the Dakota's foreclosure sale is subject to the deed of trust.

5. The deed of trust remains a valid lien against the property.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: August 30, 2017

2 – APN 138-30-317-010