ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Defendants. | Case No.: 2:15-cv-00583-RCJ-PAL<br><br>**ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST (ECF NO. 74)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>    Counterclaimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>    Counter-defendant. | |

///

///

///

///

///

///

56822064;1

PLEASE TAKE NOTICE that Rex D. Garner is no longer associated with the law firm of Akerman, LLP.

Akerman, LLP continues to serve as counsel for Nationstar Mortgage LLC. All documents, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. Melanie D. Morgan, Esq. and Jamie K. Combs, Esq.

DATED this 3rd day of March, 2021

**AKERMAN LLP**

*/s/ Jamie K. Combs, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC*

## COURT APPROVAL

IT IS SO ORDERED.

DATE: March 4, 2021.

_____
UNITED STATES DISTRICT JUDGE