**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Defendants. | Case No.: 2:15-cv-00583-RCJ-PAL <br><br> **ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST (ECF NO. 78)** |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counterclaimant, <br><br> vs. <br><br> NATIONSTAR MORTGAGE, LLC, <br><br> Counter-defendant. | |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Jamie K. Combs, Esq. is no longer associated with the law firm of Akerman LLP and requests that Ms. Combs, be removed from the service list.

58381413;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Akerman, LLP continues to serve as counsel for Nationstar Mortgage LLC. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq., Melanie D. Morgan, Esq. and Lilith V. Xara, Esq.

DATED this 26th day of May, 2021.

**AKERMAN LLP**

*/s/ Lilith V. Xara*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: MAY 26, 2021