UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a limited liability company,<br><br>        Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>        Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>        Counterclaimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>        Counter-defendant. | Case No. 2:15-CV-00583-RCJ-PAL<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the parties shall file a Joint Status Report with the Court on or before **March 10, 2023**. In this report, the parties shall identify, any and all remaining issues for the Court to resolve.

**IT IS SO ORDERED**.

Dated February 28, 2023.

                                              ROBERT C. JONES<br>
                                        United States District Judge